**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6208**

FRED HALL,

        Petitioner - Appellant,

    v.

R. HUDGINS,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:19-cv-00134-GM)

Submitted:  June 27, 2023                      Decided:  July 6, 2023

Before WYNN, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fred Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Hall appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Hall's 28 U.S.C. § 2241 petition for lack of jurisdiction. In light of the Supreme Court's recent decision in *Jones v. Hendrix*, No. 21-857, 2023 WL 4110233, at *7-9 (U.S. June 22, 2023) (holding that petitioner cannot use § 2241 petition to mount successive collateral attack on validity of federal sentence), we conclude that Hall cannot pursue his claims in a § 2241 petition.

Accordingly, we affirm the district court's order dismissing Hall's § 2241 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*